IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| OLUMUYIWA AYODEJI ADELEKE, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DFW AIRPORT BOARD, § <br> § <br> Defendant. § | Civil Action No. 4:20-cv-00534-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution, subject to Plaintiff's right to reopen the case by filing an updated address with the Clerk of Court within thirty days of the date of this Order.

**SO ORDERED** on this **5th day** of **March, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE